CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Oct 30 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA DELUCA,<br><br>Defendant. | CASE NO. 3:26-cr-00548 MAG<br><br>VIOLATIONS:<br>18 U.S.C. § 13, Assimilating Cal. Pen. Code § 242 – Simple Battery;<br>36 C.F.R. § 1002.32(a)(1) – Resisting Agency Functions;<br>36 C.F.R. § 1004.22(b)(1) – Operating a Motor Vehicle Without Due Care;<br>36 C.F.R. § 1004.23(c)(2) – Refusal by an Operator to Submit to Test When Authorized<br><br>SAN FRANCISCO |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 13, Assimilating Cal. Pen. Code § 242 – Simple Battery)

On or about July 4, 2026, in the Northern District of California, on federally owned land administered by the Presidio Trust, the defendant,

CHRISTINA DELUCA,

willfully and unlawfully touched another in a harmful or offensive manner, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 242, a Class B misdemeanor.

COUNT TWO: (36 C.F.R. § 1002.32(a)(1) – Resisting Agency Functions)

On or about July 4, 2026, in the Northern District of California, on federally owned land administered by the Presidio Trust, the defendant,

CHRISTINA DELUCA,

resisted and intentionally interfered with a government employee and agent engaged in an official duty, and on account of the performance of an official duty, in violation of Title 36, Code of Federal Regulations, Section 1002.32(a)(1), a Class B misdemeanor.

COUNT THREE: (36 C.F.R. § 1004.22(b)(1) – Operating a Motor Vehicle Without Due Care)

On or about July 4, 2026, in the Northern District of California, on federally owned land administered by the Presidio Trust, the defendant,

CHRISTINA DELUCA,

operated a motor vehicle without due care and at a speed greater than that which is reasonable and prudent considering wildlife, traffic, weather, road and light conditions and road character, in violation of Title 36, Code of Federal Regulations, Section 1004.22(b)(1), a Class B misdemeanor.

COUNT FOUR: (36 C.F.R. § 1004.23(c)(2) – Refusal by an Operator to Submit to Test When Authorized)

On or about July 4, 2026, in the Northern District of California, on federally owned land administered by the Presidio Trust, the defendant,

CHRISTINA DELUCA,

knowingly refused to submit to a blood, breath, saliva, and urine test at the request and direction of a United States Park Police Officer who had probable cause to believe that CHRISTINA DELUCA was operating and in actual physical control of a motor vehicle while under the influence of alcohol, drug(s), and any combination thereof, to a degree that rendered CHRISTINA DELUCA incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(c)(2), a Class B

//

//

//

misdemeanor.

DATED: October 30, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/ Yuqing Cui
YUQING CUI
Assistant United States Attorney